IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TIFFANY H., O/B/O JOHN E. M.,

    Plaintiff,

vs.                                 CIV NO. 2:25-cv-00186-KRS

FRANK BISIGNANO,
Acting Commissioner of Social Security,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g), (Doc. 16), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE